**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER T. KULA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-09879 |
| | ) | |
| CITY OF CHICAGO, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF AN AGREED ORDER FOR THE RELEASE OF PROPERTY IN CHICAGO POLICE DEPARTMENT CUSTODY**

**NOW COMES** the Plaintiff, CHRISTOPHER T. KULA, by and through his attorneys, CHIRICA LAW OFFICE LLC, with the agreement of the Defendant CITY OF CHICAGO, and respectfully moves this Honorable Court to enter the Agreed Order for the Release of Property in Chicago Police Department Custody submitted herewith, and in support states as follows:

1. This action concerns the seizure and continued retention of the Plaintiff's professional audio and lighting equipment. The Verified Complaint alleges three warrantless seizures, on November 16, 2025, on May 30, 2026, and on August 16, 2026.

2. The equipment taken on August 16, 2026 has since been recovered, and no relief is sought as to it in this motion.

3. The equipment taken on November 16, 2025 remains in the custody of the Chicago Police Department under Inventory Nos. 15851762, 15851778, 15851782, and 15851789. The equipment taken on May 30, 2026 remains in the Department's custody under Inventory No. 15964101.

4. Counsel for the parties have conferred. The City has agreed to the release of the property held under those five inventory numbers, and the parties have agreed to the form of order submitted with this motion.

5. The proposed order provides for the release of the property, for the identification of the facility and personnel through whom release will be effected, for the clearing of any administrative hold, and for a procedure by which the City may identify any specific item it contends may not be released.

6. The proposed order is entered by agreement and is not an admission by any party. It resolves no claim or defense in this action. The Plaintiff's claims for damages arising from the seizures and from the retention of the property, and the Defendants' defenses to those claims, are expressly preserved.

**WHEREFORE,** the Plaintiff, CHRISTOPHER T. KULA, by and through his attorneys, CHIRICA LAW OFFICE LLC, with the agreement of the Defendant CITY OF CHICAGO, respectfully requests that this Court enter an order:

a) Entering the Agreed Order for the Release of Property in Chicago Police Department Custody submitted herewith; and

b) Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

CHRISTOPHER T. KULA,

By and through his attorneys,

/s/ Vlad V. Chirica
Vlad V. Chirica
CHIRICA LAW OFFICE LLC

Vlad V. Chirica (ARDC No. 6320436)
CHIRICA LAW OFFICE LLC
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601-1226
(312) 868-0453
vlad@chirica.law
www.chirica.law