**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER KULA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 26-cv-09879 |
| | ) | |
| v. | ) | |
| | ) | Judge: Georgia N. Alexakis |
| CITY OF CHICAGO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant City of Chicago, by and through one of its attorneys, Marc E. Jacome, Assistant Corporation Counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), respectfully moves this honorable Court for an extension of time to file the responsive pleadings to Plaintiff's Complaint, to and including October 28, 2026. In support thereof, Defendant states as follows:

1. On August 17, 2026, Plaintiff filed his nine-count Complaint, alleging violations of his rights pursuant to 42 U.S.C. § 1983, among other claims. Dkt. No. 1. The Complaint arises from the allegedly unlawful seizure of Plaintiff's DJ equipment, which law enforcement recovered after terminating unauthorized large-scale gatherings at abandoned buildings in Chicago. *Id.*

2. Plaintiff served Defendant City of Chicago on August 19, 2026, but, upon information and belief, has not yet served the individually named Defendants employed by the City of Chicago.

3. On August 26, 2026, the Court entered an agreed order for the release of Plaintiff's property. Dkt. 26. Two days later, on August 28, Defendant City of Chicago released the property to Plaintiff pursuant to the Court's order.

4. On August 31, 2026, Defendant City of Chicago moved for an extension of time to file responsive pleadings. Dkt. 28. The Court granted the extension until October 7, 2026. Dkt. 30.

5. On September 24, 2026, Plaintiff's counsel, Vlad Chirica, telephonically notified undersigned counsel of their intent to file an amended complaint concerning two additional incidents on September 7 and 8. On the second date, Chicago law enforcement again recovered DJ equipment left by its owner after ending an unauthorized large-scale gathering in an abandoned building.

6. On September 25, 2026, Plaintiff's counsel demanded the release of the September 8 property to Mr. Kula and wrote they would file an amended complaint. Plaintiff's counsel noted that filing the amended complaint would moot the October 7, 2026, deadline. Deputy Corporation Counsel, Caroline Fronczak, responded in writing that Defendant City of Chicago had no opposition to the amended complaint.

7. On October 5, 2026, Deputy Corporation Counsel emailed Plaintiff's counsel to inquire whether an amended complaint would be filed. On October 6, undersigned counsel spoke with Plaintiff's counsel, who confirmed he would file an amended complaint as discussed. On October 7, undersigned counsel wrote to Plaintiff's counsel via email to confirm he would file the amended complaint and asked his position on a motion for extension of time if he was unsure whether he would file. Plaintiff's counsel responded he would file and asked undersigned counsel if Defendant would oppose the amended complaint or not. Undersigned counsel confirmed that the defense had no opposition to the amended complaint as described. *See* Exhibit A, Email Exchange.

8. This is Defendant City of Chicago's second request for an extension of time to file responsive pleadings. Plaintiff's counsel has not responded to undersigned counsel's email sent today at 9:13am asking for Plaintiff's position on a motion for extension.

9. Undersigned counsel's reliance on Plaintiff's counsel's affirmative representation that he would file an amended complaint by October 7, 2026, constitutes excusable neglect. Given the absence of any prejudice to the Plaintiff, the minimal duration of the delay, and undersigned counsel's absolute good faith in relying on this professional courtesy, equity warrants excusing the deadline.

10. This motion is not presented for purposes of delay, and no prejudice will be suffered by any party due to the requested extension. This motion is filed one day after the October 7 deadline.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this honorable Court grant Defendant's unopposed motion for an extension of time for Defendant City of Chicago to file its responsive pleadings up to and including October 28, 2026.

Dated: October 8, 2026.

Respectfully submitted,

*/s/ Marc Jácome*
**Marc Edward Jacome**
Assistant Corporation Counsel

City of Chicago Department of Law
Special Federal Litigation
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
Phone: (312) 744-6076
Attorney Number: 6334425
Marc.Jacome@cityofchicago.org
***Attorney for Defendant***
***CITY OF CHICAGO***