**From:** Marc Jacome
**To:** "Vlad Chirica"
**Cc:** Caroline Fronczak; Nura Zaki
**Subject:** RE: Kula (26-cv-9879) - Status of Amended Complaint or Position on Motion for Extension of Time
**Date:** Wednesday, October 7, 2026 12:26:00 PM

---

Hi Vlad,

Thanks for letting us know. No opposition to leave to amend the complaint as you described.

Best,
Marc

---

**From:** Vlad Chirica <vlad@chirica.law>
**Sent:** Wednesday, October 7, 2026 12:16 PM
**To:** Marc Jacome <Marc.Jacome@cityofchicago.org>
**Cc:** Caroline Fronczak <Caroline.Fronczak@cityofchicago.org>; Nura Zaki <Nura.Zaki@cityofchicago.org>
**Subject:** Re: Kula (26-cv-9879) - Status of Amended Complaint or Position on Motion for Extension of Time

[Warning: External email]

Marc:

Yes, will be filing today along with a motion for leave. Any opposition to leave to amend?

Thanks,
Vlad

**VLAD V. CHIRICA**
**Managing Partner**
(312) 868-0331 (312) 868-0453
chirica.law vlad@chirica.law
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601-1226

App Banner Image

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Wed, Oct 7, 2026 at 12:10 PM, Marc Jacome <Marc.Jacome@cityofchicago.org> wrote:

Hi Vlad,

Could you please let us know if you are still planning to file the amended complaint today? If not or you are unsure, could you let me know if you are opposed or unopposed to a motion for extension of time to respond to the current complaint? Thank you.

Best regards,

**Marc Jacome**
**Assistant Corporation Counsel, Special Federal Litigation**
City of Chicago Department of Law
2 N. LaSalle Suite 420
Chicago, IL 60602
312-744-6076
www.cityofchicago.org/law

LAW

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.